# In the United States Court of Federal Claims

No. 21-1367C
Filed: July 19, 2021

| | |
|---|---|
| ABC CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| UNITED STATES, | |
| *Defendant*. | |

**ORDER**

On July 19, 2021, the plaintiff filed a Notice of Voluntary Dismissal without prejudice (ECF 31).

Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the Clerk shall enter judgment of dismissal without prejudice.  The Clerk is further directed to close the case.  No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**